**Opinion filed April 30, 2025**



## In The

# Eleventh Court of Appeals

_____

## No. 11-25-00032-CV

_____

### FTL ENERGY ASSETS, LLC, Appellant

### V.

### FRIO ENERGY PARTNERS, LLC, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV60022**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss the appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant states that "[t]he parties have reached an agreement that resolves all claims and causes of action between them." As a result, Appellant requests that we dismiss the appeal "with all costs taxed against the party incurring same." *See* TEX. R. APP. P. 42.1(d). Appellant states that Appellee does not oppose the requested relief.

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS

JUSTICE

April 30, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.